# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00546-CV

### Clauklin LLC and Capital City Relocation, LLC, Appellants

### v.

### Stephen Shamel; Grace Shamel; and All Other Occupants of 2609 Bonnyrigg Ct., Cedar Park, Texas 78613, Appellees

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-005683, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 3, 2013, after appellants Clauklin LLC and Capital City Relocation, LLC filed an unopposed motion requesting a ninety-day extension of time to file their reply brief while the parties finalized a settlement of the dispute, we abated the appeal and instructed the parties that if they reached settlement, they were to file a motion to reinstate and dismiss the appeal. Appellants have filed an "unopposed motion to reinstate and dismiss appeal pursuant to settlement," informing this Court that the parties have reached a full and final settlement agreement. We grant the appellants' motion, reinstate the appeal, and dismiss it. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed on Appellants' Motion

Filed:   June 7, 2013